RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94612
Telephone: (510) 763-9967
Facsimile: (510) 272-0711

Attorney for Defendant
MICHAEL JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. 97-40005-SBA** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE DATE FOR SUPERVISED REVOCATION HEARING** |
| MICHAEL JOHNSON, | |
| Defendant. | |
| _____ / | |

    IT IS HEREBY STIPULATED AND AGREED by and between Randy Sue Pollock, counsel for Michael Johnson, and Maureen Bessette, Assistant United States Attorney, that the supervised revocation hearing presently set for April 21, 2009 at 10 a.m. be continued to July 7, 2009 at 10 a.m.  The reason for this continuance is that defense counsel will still be in trial in *United States vs. Sekhon, CR. 06-0058-FCD*. through the month of May.  Additionally, Ms. Bessette will be in trial during the month of June 2009.

///

///

.

1  United States Probation Officer Rich Brown has no objection to this continuance.

4  Date:   April 10, 2009

/s/ Randy Sue Pollock
RANDY SUE POLLOCK
Counsel for defendant
Michael Johnson

8  Date:   April 10, 2009

/s/ Maureen Bessette
MAUREEN BESSETTE
Assistant United States Attorney

12  SO ORDERED:

14  Dated: April 14, 2009

SAUNDRA B. ARMSTRONG
U.S. District Court Judge