UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>      Plaintiff,<br><br>  vs.<br><br>MICHAEL JOHNSON,<br><br>      Defendant. | Case No: CR 97-40005-4 SBA<br><br>**ORDER CONTINUING HEARING** |

    IT IS HEREBY ORDERED THAT the hearing on the Probation Office's Request to Extend Supervision is CONTINUED to <u>February 1, 2011 at 9:00 a.m.</u>

    IT IS SO ORDERED.

Dated: January 24, 2011

                                            _____<br>
                                            SAUNDRA BROWN ARMSTRONG<br>
                                            United States District Judge